UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

DANAH ALMAYOUF,

Plaintiff,

-against-

RAWAN ABDULLAH ABUZAID, et al.,

Defendant.

25-CV-3183 (LTS)

ORDER DENYING IFP APPLICATION

LAURA TAYLOR SWAIN, Chief United States District Judge:

Leave to proceed in this Court without prepayment of fees is denied because Plaintiff's amended *in forma pauperis* application does not show that she is unable to pay the filing fees.[1]

*See* 28 U.S.C. § 1915(a)(1). Plaintiff is directed to pay $405.00 in fees – a $350.00 filing fee and a $55.00 administrative fee – within 30 days of the date of this order. If Plaintiff fails to comply with this order within the time allowed, the action will be dismissed.

SO ORDERED.

Dated:    February 13, 2026
          New York, New York

/s/ Laura Taylor Swain
LAURA TAYLOR SWAIN
Chief United States District Judge

---

[1] Plaintiff alleges that her husband pays all household expenses and that she declines to disclose further details, except under seal. (ECF 7 at 1.) Plaintiff's supplemental affirmation (ECF 8) includes the full account number for a bank account, contrary to Rule 5.2 of the Federal Rules of Civil Procedure; public access to the affirmation has temporarily been restricted, but if Plaintiff pays the filing fees and the action proceeds, she will be required to file a redacted version of her affirmation for the public docket.