UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

DANAH ALMAYOUF,

                    Plaintiff,

        -against-

    RAWAN ABDULLAH ABUZAID;
    JOHN DOES 1-10,

                    Defendants.

25-cv-3183 (LTS)

CIVIL JUDGMENT

For the reasons stated in the March 25, 2026, order, this action is dismissed.

The Court certifies under 28 U.S.C. § 1915(a)(3) that any appeal from the Court's

judgment would not be taken in good faith.

SO ORDERED.

  Dated:    March 30, 2026
            New York, New York

                                        /s/ Laura Taylor Swain
                                            LAURA TAYLOR SWAIN
                                        Chief United States District Judge